1046

[No. 32748-5-III. Division Three. October 29, 2015.]

KATHLEEN FEY, *Appellant*, v. CORPORATION OF GONZAGA UNIVERSITY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-02745-8, Annette S. Plese, J., entered July 29, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Korsmo, J.

[Nos. 32770-1-III; 32774-4-III; Division Three. October 29, 2015.]
32771-0-III; 32772-8-III;
32773-6-III.

*In the Matter of the Parental Rights to* R.H. ET AL.

Appeals from a judgment of the Superior Court for Spokane County, No. 13-7-02122-9, Harold D. Clarke III, J., entered August 12, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 32965-8-III. Division Three. October 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS A. CRUTHERS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-1-00767-5, Carrie L. Runge, J., entered December 15, 2014. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.